# Exhibit 1



**JEFFERY A. STEC, Ph.D.**
BERKELEY RESEARCH GROUP, LLC
70 W. Madison Suite 5000 | Chicago, IL 60602

Direct: **312.429.7970**
jstec@thinkbrg.com

As a Managing Director, a leader of Berkeley Research Group's Intellectual Property Practice, and a co-leader of its Economics and Damages Community, Dr. Stec has worked extensively over the last 17 years in the areas of  antitrust, finance, intellectual property, and survey research, both as a consulting expert and as an  expert witness.  His engagements typically involve the application of economic, financial, statistical,   and survey research theory and methodology to the collection and analysis of data to evaluate the economic impact of  decisions made by consumers and firms.

In the area of intellectual property, Dr. Stec has conducted economic and econometric analyses to determine the value of intellectual property as well as the amount of economic damages resulting  from patent, trademark, trade secret, or copyright infringement.  In his work, he has addressed economic issues such as the appropriate measurement of revenues associated with the use of the infringing IP, the portion of those revenues that can be attributed to the intellectual property, and whether the apportionment can be regarded as reasonable. He has evaluated economic and  survey research issues in the context of Section 337 investigations conducted by the U.S.  International Trade Commission. In addition, he has also evaluated the effects of anticompetitive conduct as it relates to the use of IP. In the context of trademarks and trade dress, he has evaluated issues of secondary meaning, genericness, dilution, and likelihood of confusion.  Dr. Stec has also determined  economic damages that have resulted from false advertising and counterfeit claims.

In the area of survey research, Dr. Stec has both created and critically evaluated surveys in the context of antitrust and intellectual property engagements.  He has developed complex sample designs, designed survey questionnaires, and collected and analyzed survey data, including the derivation of complex variance estimates using simulation methods.  He has conducted surveys that have been used to determine consumers' perceptions and actions in the marketplace, including whether products' names or trade dress are distinctive, confusing, or generic. Dr. Stec has also examined how products are used in the marketplace and how consumers value product features. Dr. Stec has consulted on best survey practices for the design, collection, and  analysis of survey data.

In the area of antitrust, Dr. Stec has used economic and econometric analyses to investigate issues related to market definition, determination of market power or market dominance, and the effect of anticompetitive acts on competition.  Some of these investigations include the effects of anticompetitive acts in the context of Sherman, Clayton, and Robinson-Patman Act claims dealing  with abuse of market power as well as the use of various horizontal and vertical restraints, like price  fixing, price discrimination, refusals to deal, exclusive dealing arrangements, and tying, on individual  firms or members of a class.

In the area of finance, Dr. Stec has used financial theory and econometrics to conduct analyses to determine asset values and shareholder loss in the context of securities fraud and late trading  claims. These analyses have included the use of various loss causation and event study paradigms  as well as trading simulation studies.  Dr. Stec has examined claims of financial lending  discrimination, which included investigations of the likelihood of discrimination and the potential  damages caused by that



discrimination.  Dr. Stec has also used financial theory to determine  damages in commercial contract disputes and product liability litigation.

Engagements Dr. Stec has worked on have dealt with the semiconductor and semiconductor  design, computer software and hardware, consumer products, pharmaceuticals, telecommunications, handheld mobile   devices, paper products, casino gaming, consumer appliances, automated pharmacy systems, consumer electronics, automobiles, heavy haul truck trailers, textile machine, precious stones, fashion apparel  and luxury accessories, outdoor lighting, vehicle parts, medical products, hardware, product packaging, toys, entertainment, food, mass media, plastics, pallet, television ratings, financial securities and loans, alcohol, tobacco,  sugar, sweetener, and tradeshow industries, among others.

Prior to joining Berkeley Research Group, Dr. Stec had been engaged as a Vice President in economic and survey  research consulting with another economic consulting firm. Prior to that, he has analyzed the credit card industry in detail, including co-authoring  monthly state and national surveys to gauge consumers' credit card and overall indebtedness.  He  also helped to design numerous telephone, mail, and internet surveys for various clients.  His  responsibilities included everything from sample and questionnaire design to data collection  methods and statistical analyses of survey data.  He has performed econometric studies and written  on various economic and survey research topics such as, optimal forecasting methods using time-  series data, the effects of unit nonresponse on survey data, efficient methods for conducting  telephone surveys, and methods for gauging the degree of consumer indebtedness using original   survey data.

Dr. Stec has presented his research at the annual meetings of the American Statistical Association,  the American Association of Public Opinion Research, the Midwest Association of Public Opinion  Research, the Ohio Association of Economists and Political Scientists, the Midwest  Macroeconomics Association, and the Columbus Association of Business Economists as well as in numerous presentations as a guest lecturer and presenter for CLE courses. He has also   published his work in the American Statistical Association's Proceedings of the Section on Survey  Research Methods and Proceedings of the Section on Government Statistics and Section on Social  Statistics.  Dr. Stec also contributed and served as a member of the advisory board for the *Encyclopedia of Survey Research Methods*.  He has also written the chapter on the use of surveys  in litigation published in the *Litigation Services Handbook*.

## EDUCATION

| | |
|---|---|
| Ph.D., Economics | The Ohio State University, 2000 |
| M.A., Economics | The Ohio State University, 1995 |
| B.A., Economics, Math Minor | The University of Illinois – Chicago, 1994 |
| B.A., Philosophy, Psychology | Cornell University, 1991 |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2004-2017 | *Vice President*, Intellectual Property, Charles River Associates |
| 2000-2004 | *Director*, Intellectual Property, InteCap, Inc. |



## SELECTED EXPERIENCE

### Intellectual Property

Developed economic models to determine damages due to infringement of patents held by a large paper products company.  Included a determination of the damages due to the plaintiff's loss of distribution for its patented products due to the infringement of the defendant.  Developed a lost distribution model to quantify the amount of distribution lost and the value of that distribution in terms of lost sales to the plaintiff.   Additionally, it included the development of a lost profits, market share based model that quantified the lost profits due to lost customers' sales.

Provided expert testimony in a patent infringement litigation in the plastic product manufacturing industry.  Determined the percentage of accused products that infringed a number of patents by developing and conducting a multi-stage probability sample of the relevant plastic packaged  products.  Responsibilities included sample design, overseeing data collection, and data analysis   using advanced statistical methods.

Developed economic models to determine damages suffered by a manufacturer of pharmaceutical products as a result of infringement of a number of patents.  Studied the market for the patented product, evaluated the substitutability of potentially competing products, and determined sales and profits lost by the patent holder.  Constructed and queried a large product database to determine  which products infringed which of the many patents-in-suit.  Developed analyses of a reasonable  royalty under a hypothetical licensing agreement and the effect of the infringing product on the price  in the marketplace.  Evaluated an econometric market expansion theory proposed by the  counterparty.

Developed economic models to determine damages suffered by a manufacturer of semiconductor devices as a result of a competitor's infringement of numerous patents.  Determined the profits the plaintiff lost due to price erosion and a determination of reasonable royalties on infringing sales.  Constructed a sophisticated econometric model using a large dataset of sales, prices, and other variables that estimated the price elasticity of demand for the relevant product and geographic  markets.

Provided expert testimony in a trademark infringement litigation in the children's toy industry.  Determined whether survey data were appropriately collected and analyzed in the evaluation of secondary meaning to a mark.  Evaluated the survey methodology used by the counterparty to determine whether secondary meaning had accrued to the mark.

Constructed and queried a large proprietary database of regional oil and gas prices to determine differences in branded and generic prices for the purposes of determining the value of a gasoline trademark.  Included filtering of the database to examine price differences for various grades of  gasoline, various regions of operation, and various time periods

Provided expert testimony in a trademark infringement litigation in the wine industry. Determined whether survey data were appropriately collected and analyzed in the context of likelihood of  confusion between two marks.  Evaluated the survey methodology used by the counterparty to  determine whether there was survey evidence of the likelihood of confusion between the marks.

Developed economic models to determine damages suffered by a manufacturer of coronary medical devices as a result of a competitor's infringement of numerous patents.  Developed lost profits and reasonable royalty models addressing issues such as market definition, product pricing  in the absence of infringement, market size and competitors' market share in the absence of  infringement, and



determination of incremental costs.  Developed sophisticated econometric models   to address these issues.

Provided expert testimony in a theft of trade secrets in the investor relations services and  technology industry. Determined expected client longevity in the absence of the theft of trade  secrets taking into account client-specific characteristics using multivariate statistical models that  also accounted for the censored nature of the underlying data.  Developed damages models using  the expected client longevity and the actual client longevity to determine the impact of the alleged  theft of trade secrets.

Developed economic models to determine damages suffered by a consumer goods manufacturer  as a result of counterfeit sales being made by various retailers.  Determined the profits the plaintiff  lost due to price erosion in the relevant product and geographic markets.  Developed econometric  models to determine the price elasticity of demand for the impacted consumer goods.

Developed economic models to determine damages suffered by inventors of children's consumer products as a result of infringement of a number of patents.  Evaluated the product and geographic markets for the patented product; valued the patented technology, including the determination of the impact of the use of the patented technology on the infringer's sales and profits and the costs to design around the infringed technology; and determined the impact various other factors would h a v e  on the royalty rate that might be negotiated by both parties.

Developed economic models to determine damages suffered by a manufacturer of gene  sequencing and analysis products as a result of infringement of a number of patents.  Studied the  markets for the patented product, evaluated the substitutability of potentially competing products  made by various manufacturers, and valued the patented technology from both parties'  perspectives.  Constructed and queried a large product database to determine which products   infringed which patents-in-suit and the revenues associated with those products.

Provided expert testimony in a patent infringement matter related to antitrust counterclaims in the centralized hospital pharmacy automation systems market. Conducted analyses to determine the relevant product and geographic markets.  Evaluated whether the counterparty had market power in the relevant markets.  Examined alleged anticompetitive acts to determine the economic impact of these acts.  Determined economic damages these anticompetitive acts had on the claimant.

Provided expert testimony in a trademark infringement litigation in the low-bed, heavy haul trailer industry. Designed sampling approach and survey instrument used to collect data.  Analyzed data collected from the survey in the context of whether secondary meaning could be attached to the trademark at issue.

Provided expert testimony in a trademark infringement litigation in the clothing fashion industry. Evaluated the market definition methodology used by the opposing expert and determined the appropriate definition of the relevant market.  Evaluated the survey methodology used by the counterparty to determine whether there was survey evidence of the likelihood of confusion  between the marks. Determined whether survey data were appropriately collected and analyzed to  determine the likelihood of confusion.  Evaluated whether damages occurred to the defendant due  to the likelihood of reverse confusion.

Developed economic analyses to determine the appropriate royalty rate for a compulsory license  which would give the infringing party the ability to continue to make and sell medical devices after a  jury found infringement.  Examined the patented technology's benefits to the infringer and the  maximum it would



be willing to pay for its use.  Examined the benefits of the patented technology to  the infringed party and the minimum it would be willing to accept for its use.

Provided expert testimony in a trademark infringement litigation in the antibiotic ointment industry.  Evaluated the survey methodology used by the counterparty to determine whether there was survey evidence that secondary meaning had been established for the trademark. Determined whether survey data were appropriately collected and analyzed to determine secondary meaning.  Evaluated the appropriateness of using the survey data collected for the purposes of determining whether dilution to the trademark had occurred.

Developed economic models to determine damages suffered by a manufacturer of outdoor security lighting products as a result of patent infringement.  Defined the markets for the patented product  and the relevant substitutes for that product.  Established the likelihood that lost sales due to the counterparty's infringement of the patent.  Determined the value of the patented technology to both parties in generating product sales.

Provided expert testimony in a patent infringement litigation in the handheld mobile computing  devices industry for the purposes of a preliminary injunction. Defined the relevant market for the  alleged infringing products.  Determined the competitive effect that the accused products would  have on the counterparty's sales and product prices.  Evaluated the likelihood that the plaintiff would  be irreparable harmed by the alleged patent infringement.  Evaluated the counterparty's opinions as  to the effects on its sales and prices of the alleged infringement.

Conducted survey research in a trademark infringement litigation in the student information systems software industry.  Designed the survey questionnaire and sampling approach used to collect data.  Analyzed data collected from the survey in the context of whether secondary meaning could be attached to the trademark at issue.

Provided expert testimony in a patent infringement litigation in the hydraulic disc bicycle brake  industry.  Conducted analyses to determine the relevant market.  Evaluated claims of lost profits,  price erosion, and reasonable royalties.  Developed analyses to determine demand for the patented  feature of the products as well as economic damages due to patent infringement.

Provided expert testimony in a patent infringement litigation in the medical products industry.  Evaluated the product market for the patented product to determine demand for and the value of the  patented technology.  Determined the costs to design around the infringed technology and  determined the impact various other factors would have on the royalty rate that might be negotiated  by both parties.

Provided expert testimony in a copyright infringement litigation in the software industry.  Determined the relevant market in which the software was used.  Developed analyses to determine the foregone profits due to the illegal use of the copyrighted software as well as the unjust enrichment for that use.

Developed economic and survey research analyses to evaluate damages claims associated with alleged violations of the Lanham Act concerning false advertising in clothes dryer industry. Evaluated whether the alleged false advertising had an adverse impact on the sales and prices of  the counterparty's clothes dryers.  Evaluated whether the alleged false advertising had a favorable  impact on the accused party's clothes dryers.

Provided expert testimony in a patent infringement litigation in the farm machinery industry.  Oversaw



the sampling and collection of data from the use of the alleged infringing machines as well  as non-infringing alternatives.  Conducted advanced statistical tests to determine whether various configurations of the farm machinery produced statistical different measures of performance. Evaluated the statistical methodology used by the counterparty's expert.

Provided expert testimony in patent infringement matter in the medical products industry.  Studied  the markets for the patented product and evaluated the substitutability of potentially competing  products made by various manufacturers to determine the relevant market.  Developed economic  models to value the patented technology from both parties' perspectives in order to determine  damages suffered by the plaintiff.   Evaluated the opposing expert's damages opinions attributed to  the counterparty's alleged infringement.

Conducted industry research and developed economic models to determine the value of a portfolio  of patents in the gene sequencing industry.  Provided information on the possible ways in which the  patents could be monetized to provide value to the client.

Provided expert testimony in a patent infringement litigation in the compact digital camera industry.  Evaluated the survey methodology used by the counterparty's expert to determine the value of the patented features in the accused products. Determined whether the survey and sampling design were appropriately constructed.  Examined whether the survey data were appropriately collected  and analyzed to determine the value of the patented features.

Conducted survey research in a copyright infringement litigation in the outdoor wind sculpture  industry.  Designed the survey questionnaire and sampling approach used to collect data.  Analyzed  data collected from the survey to evaluate whether the protected work and the accused work were substantially similar from the viewpoint of an ordinary observer.

Provided expert testimony in a patent infringement investigation in the video analytics software  industry.  Evaluated the counterparty's claims regarding the economic prong of the domestic  industry requirement.  Determined the amount of the bond associated with the Presidential review  period.

Provided expert testimony in a patent infringement investigation in the vehicle windshield wiper  blade industry.  Analyzed financial and industry information to evaluate whether a domestic industry   had been established by the Complainant.  Conducted analyses to evaluate the appropriateness of  an exclusion order, cease-and-desist order, and the appropriate amount of the bond associated with  the Presidential review period.  Evaluated the counterparty's claims regarding the economic prong  of the domestic industry requirement.

Conducted survey research in a trademark infringement litigation in the retirement home industry.  Designed the survey questionnaire and sampling approach used to collect data.  Analyzed data collected from the survey in the context of whether there was the likelihood of confusion between  the trademarks at issue.

Developed economic analyses to determine whether there was evidence of commercial success for  a pharmaceutical product in its relevant market.  Examined the financial information for the pharmaceutical product as well as discounted profitability of the product relative to the investments undertaken to bring the product to market.  Evaluated the counterparty's claims regarding  commercial success.

Conducted survey research in a trademark infringement litigation in the coffee maker industry.

6



Designed sampling approach and survey instrument used to collect data.  Analyzed data collected from the survey in the context of whether secondary meaning could be attached to the trademark at issue.

Conducted industry research, evaluated economic models, and developed licensing strategy to  assist the valuation and licensing of patented technology and trade secrets in the steel-making  industry. Provided information on the possible ways in which the technology could be licensed and  provided strategic advice on how to set up the licensing agreement.

Developed economic analyses to determine whether there was evidence of commercial success for   a pharmaceutical product in its relevant market. Determined the relevant market for the product. Examined the financial information for the pharmaceutical product as well as the market presence of the product. Accounted for relevant macroeconomic, industry, and company-specific factors in examining the pharmaceutical product's performance.

Provided expert testimony in a patent infringement litigation in the commercial bakery tray industry. Conducted analyses to determine the relevant market.   Determined economic damages due to lost profits on lost sales, price erosion, and reasonable royalties.

Provided expert testimony in a patent infringement investigation in the smartphone, tablet, and other wireless devices industries.  Analyzed the relevant markets to evaluate whether harm to public  interest was likely to occur if the Commission was to grant the Complainant an exclusion order. Evaluated the counterparties' claims regarding potential harm to public interest under the proposed exclusion order.

Provided expert testimony in a trademark infringement litigation in the tool industry. Evaluated the survey methodology used by the counterparty to determine whether there was survey evidence of secondary meaning related to the trade dress of the tools. Also evaluated whether there was a likelihood of confusion in the marketplace between the asserted trade dress and the accused trade dress.

Conducted survey research in a trademark and trade dress infringement litigation in the office supplies industry.  Designed sampling approach and survey instrument used to collect data. Analyzed data collected from the survey in the context of whether there was a likelihood of  confusion in the marketplace between the protected trademark and trade dress and the accused  trademark and trade dress.

Provided expert testimony in patent infringement litigations in the software industry.  Designed sampling approach and survey instrument used to collect data.  Analyzed data collected from the survey in the context of the usage, importance, and purchasing drivers of various software features. Evaluated the counterparty's claims regarding various software features.

Provided expert testimony in a trademark infringement litigation in the vegetable produce industry. Evaluated the survey methodology used by the counterparty to determine whether there was survey evidence of a likelihood of confusion between the asserted trademark and the accused trademark. Determined whether survey data were appropriately collected and analyzed to determine likelihood  of confusion.

Conducted survey research in a patent infringement litigation in the smartphone, tablet, MP3 player,

7



and computer industries.  Designed sampling approach, experimental design, and survey  instrument used to collect data.  Analyzed data collected from the survey in the context of the usage,  importance, and willingness to pay for various product features.

Provided expert testimony in a patent infringement litigation in the medical products industry for the purposes of a preliminary injunction. Defined the relevant market for the alleged infringing products. Determined the competitive effect that the accused products would have on the counterparty's sales and product prices.  Evaluated potential damages claims and the defendant's ability to pay these claims. Evaluated the likelihood that the plaintiff would be irreparable harmed by the alleged patent infringement.  Evaluated the counterparty's opinions as to the effects on its sales and prices of the alleged infringement.

Provided expert testimony in a patent infringement litigation in the smartphone industry.  Evaluated  the survey methodology used by the counterparty to determine the usage of, importance of, and willingness to pay for the alleged patented smartphone features.

Conducted survey research and econometric analyses in a patent infringement litigation in the  digital content management industry. Evaluated the counterparty's survey research in the context of  the willingness to pay for various product features.

Provided expert testimony in a patent infringement arbitration in the smartphone industry.  Conducted economic analyses to determine the appropriate balancing royalty payment for a cross  license to each party's respective patent portfolios, which included patents, divested patents, and  standard essential patents.  Evaluated the counterparty's opinions as to balancing royalty payment.

Conducted survey research in a trade dress matter in the clothing industry.  Designed sampling approach and survey instrument used to collect data.  Analyzed data collected from the survey in  the context of whether there was secondary meaning associated with the asserted trade dress.

Conducted survey research in a trade dress matter in the baked goods industry.  Designed  sampling approach and survey instrument used to collect data.  Analyzed data collected from the  survey in the context of whether there was likelihood of confusion between the asserted trade dress  and the allegedly infringing trade dress.

Provided expert testimony in patent infringement matter in the automotive industry.  Evaluated the markets for the patented product as well as licensing practices in the industry.  Developed economic models to value the patented technology from both parties' perspectives in order to determine damages suffered by the plaintiff.   Evaluated the opposing expert's damages opinions attributed to the counterparty's alleged infringement.

Provided expert testimony in a patent infringement litigation in the disposable training pants  industry. Evaluated the counterparty's survey research in the context of the usage, importance, and  willingness to pay for various product features. Evaluated the counterparty's damages claim as it  related to the use of the counterparty's survey evidence.

Provided expert testimony in a Lanham Act matter concerning false advertising in the mattress industry. Developed financial and econometric models to determine to what extent, if any, the alleged false advertising had on the plaintiff's sales and profits. Incorporated these models into a determination of the appropriate damages due to the alleged false advertising.



Provided expert testimony in a trademark infringement investigation in the shoe industry. Evaluated the survey methodology used by the counterparty to determine whether there was a likelihood of confusion in the marketplace between the asserted trade dress and the accused trade dress.

Provided expert testimony in a patent infringement litigation in the server software industry. Evaluated the counterparty's survey research in the context of the usage of various product features. Evaluated the counterparty's damages claim as it related to the use of the counterparty's survey evidence to apportion the royalty base and set the royalty rate.

Provided expert testimony in a patent infringement litigation in the camera industry. Designed sampling approach and survey instrument used to collect data. Analyzed data collected from the survey in the context of the usage and relative importance of various camera features. Evaluated the counterparty's claims regarding various software features.

Conducted survey research and developed economic analyses to evaluate claims associated with alleged false advertising in food industry. Evaluated whether the alleged false advertising had an adverse impact on the demand for the relevant food product.

Provided expert testimony in a trademark infringement investigation in the digital media content software industry. Evaluated the survey methodology used by the counterparty to determine whether there was a likelihood of confusion in the marketplace between the asserted trade dress and the accused trade dress.

Conducted survey research to evaluate claims associated with alleged false advertising in healthcare industry. Designed sampling approach and survey instrument used to collect data. Analyzed data collected from the survey to determine whether there was an impact to the false advertising.

Provided expert testimony in a patent infringement litigation in the telematics devices industry. Designed sampling approach and survey instrument used to collect data. Analyzed data collected from the survey in the context of the usage and relative importance of various telematics devices features.

Provided expert testimony in a trademark infringement litigation in the consumer lighting products industry. Conducted survey research to determine whether there was a likelihood of confusion in the marketplace between the asserted trademarks and trade dress and the accused trademarks and trade dress.

Provided expert testimony in a false advertising litigation in the pharmaceutical industry. Conducted econometric analyses that were used to determine whether the plaintiff incurred damages due to the alleged false advertising. Evaluated the counterparty's counterclaims regarding false advertising damages.

Provided expert testimony in a patent infringement matter in the automobile industry. Determined the value that could be associated with the alleged use of the patented technology in one component of a multicomponent product and the damages associated with that alleged use. Evaluated the counterparty's damages claims regarding patent infringement damages.

Provided expert testimony in a trademark infringement litigation in the video and audio editing software



industry. Evaluated the survey methodology used by the counterparty to determine whether there was a likelihood of confusion in the marketplace between the asserted trademark and trade dress and the accused trademark and trade dress.

Provided expert testimony in multiple litigation related to alleged misrepresentations made in violation of the Lanham Act in the security services industry. Evaluated the surveys conducted by the counterparty's survey expert regarding the impact of the alleged misrepresentations on current consumers' decisions of which security services to retain. Evaluated counterparty's damages claims and methodology regarding the number of customers lost due to the alleged misrepresentations and the value of those customers' accounts.

Provided expert testimony in a patent infringement litigation in the home video game industry. Evaluated the counterparty's survey research in the context of the usage and value of various product features. Evaluated the counterparty's damages claim as it related to the use of the counterparty's survey evidence to apportion the royalty base and set the royalty rate.

Provided expert testimony in multiple patent infringement litigation dealing with an Abbreviated New Drug Application. Developed economic analyses to determine whether there was evidence of commercial success for a pharmaceutical product in its relevant market. Determined the relevant market for the product. Examined the financial information for the pharmaceutical product as well as the market presence of the product. Accounted for relevant macroeconomic, industry, and company-specific factors in examining the pharmaceutical product's performance.

Provided expert testimony in a trademark and copyright litigation in the entertainment industry. Conducted analyses to determine the value of the asserted intellectual property and the likely structure of a hypothetical license. Evaluated the counterparty's claims regarding trademark and copyright damages.

Provided expert testimony in a trademark infringement litigation in the automotive tire industry. Conducted survey research to determine whether there was secondary meaning associated with the asserted trade dress as well as whether there was a likelihood of confusion in the marketplace between the asserted trade dress and the accused trade dress.

Provided expert testimony in a trademark infringement litigation in the sporting goods industry. Conducted survey research to determine whether there was a likelihood of confusion in the marketplace between the asserted trademark and the accused trademark.

Provided expert testimony in a copyright royalty matter involving the distribution of a royalty pool amongst various claimants. Conducted economic analyses to determine the appropriate methodology to employ to allocate royalty payments to the claimants.

### Antitrust

Developed economic analyses addressing liability and damage issues in a litigation involving claims of Robinson-Patman antitrust violations. Analyzed the economic impact of alleged price discrimination on the sales of the plaintiff using a very large database of sales transactions on a weekly basis for every cigarette retailer in the continental U.S. over a seven-year period. Developed sophisticated econometric models to quantify the amount of the economic impact. Reviewed financial and sales



records to assess the impact on profits of alleged lost sales due to pricing  decisions based on the higher costs.

Prepared economics analyses pertaining to the market structure, conduct, and performance for the rapid prototyping machine market.  Conducted an economic analysis to determine the appropriate antitrust market.  Determined the amount of market power that certain market participants had in the marketplace.  Determined the effects to competition in the defined market of anticompetitive acts committed by the counterparty.

Provided expert testimony relating to the processed sugar industry which addressed whether events  in that industry could have led to lost business opportunities for a firm in that industry.  Conducted economic analyses to determine the appropriate market for the products at issue.  Examined events  in the industry and conducted industry research to determine the effects of industry events on  business opportunities for that firm.

Developed economic analyses and conducted economic research to determine whether a large semiconductor manufacturer had a position of dominance in the relevant market for  microprocessors. Analyzed the demand-side and supply-side substitution possibilities in the context  of the determination of the relevant market.  Analyzed innovation and competition in the industry to  address the issue of dominance.

Developed analyses to address issues of class certification in a litigation dealing with claims of anticompetitive conduct in the wooden pallet industry.  Addressed plaintiffs' proposed survey  research, used to estimate damages, by examining their survey methodology using a total survey  error approach.

Developed economic and econometric analyses and conducted economic research to determine whether collusive behavior took place among a group of large manufacturers against a class of downstream customers in the containerboard market.  Analyzed the economics underlying the business and financial decision made in the operations of the manufacturing business.

Conducted survey research to determine what products and services are likely part of the relevant market for the purposes of determining substitutes for the products and services of two firms intending to merge their businesses into one firm.

## General Consulting and Litigation

Evaluated the damages suffered by a domestic manufacturer of orthopedic products as a result of a breach of best efforts clause by one of its foreign distributors.  Reviewed financial and market data  to gauge the performance of the distributor.  Determined the revenues and profits lost by the manufacturer due to the distributor's failure to use its best efforts.  Included an analysis of the value  of returned inventory by the distributor to the manufacturer.

Evaluated the damages suffered by a domestic manufacturer of orthopedic products as a result of a breach of its contract with one of its domestic distributors.  Reviewed financial and market data to gauge the performance of the distributor.  Evaluated the use of mortality tables in the context of the plaintiff's expert report.  Developed sophisticated NPV models that determined the revenues and profits lost by the distributor due to the breach of contract.

Provided consulting expertise to assist a large data collection and media ratings company in best practices improvements regarding its telephone survey operations.  Conducted research into its



current methods for conducting telephone surveys, including analyses of large databases of calling records and outcomes.  Developed multivariate statistical models to better forecast calling  outcomes and researched improved calling rules to enhance performance.

Provided expert testimony in a breach of contract litigation in which economic analyses were used to determine the loss of members and members' purchases suffered by a large hardware  cooperative due to the breach of contract by a large accounting firm.  Using large data sets provided  by the coop, developed econometric analyses that gauged the economic impact of a large financial  loss suffered by the cooperative due to the breach of contract while accounting for unrelated events  surrounding the announcement of the loss.

Provided expert testimony in a breach of contract litigation related to software usage and the  payment of royalties.  Developed analyses that determined the number of licenses for which a  software company was not paid a royalty for the use of the licenses.  Evaluated the survey data and  survey methodology used by the counterparty to determine the extent to which an embedded  software program included in a larger software package was invoked.

Provided expert testimony in a breach of contract litigation related to product failure and the loss of business in the auto parts industry.  Developed economic analyses to define properly the relevant market, estimate market size, and determine other factors that impacted the plaintiff's business. Evaluated the counterparty's use of product diffusion models to quantify damages due to lost  business.

Provided consulting expertise to assist a large data collection and media ratings company in best practices improvements regarding its telephone survey operations.  Conducted research of large databases of calling records and outcomes.  Developed cost analyses to identify the direct and  indirect costs of certain outcomes.  Recommended alternative data collection methods and other  best practices suggestions to minimize the costs of undesirable outcomes without compromising  data quality.

Developed economic analyses to determine damages resulting from a breach of a license  agreement between companies in the flat screen television industry.  Evaluated counterparty's  damages claims of foregone royalties and loss of enterprise value due to the breach.

Provided expert testimony in a litigation related to violations of ballot secrecy in the election of union officials.  Developed statistical models to examine voting patterns and voter turnout from the  contested elections to evaluate claims that the violation of ballot secrecy impacted election results.  Evaluated counterparty's vote reallocation models to determine their reasonableness.

Evaluated the survey conducted by the counterparty's survey expert regarding the product characteristics and specifications that were factors in consumers' purchasing decisions of large, high-end computer servers.  Conducted analyses of survey data to determine the importance of certain purchase drivers in the context of consumers' overall decision-making process.

Developed a multi-stage stratified sampling design used to draw samples from a large wholesaler of precious stones for the purposes of valuing the wholesaler's precious stones inventory.  Derived formulae for the sample estimates and variances of the sample estimates.  Consulted on  appropriate sample sizes to obtain desired level of precision for the sample estimates. Programmed the sample design and calculation of sample estimates and variances using statistical   software.

Developed economic analyses using multiple, large databases to evaluate competitive relationships between certain trade shows in the trade show industry.  Determined whether certain trade shows



detracted from the commercial success of other trade shows. Developed a survey and sampling methodology to collect relevant economic data. Developed approaches to determine the amount and degree of competitive overlap across various trade shows.

Provided expert testimony in a litigation related to the alleged devaluation of class members Rewards points due to a change in the customer rewards program. Developed analyses to quantify the economic impact of the program change on class members' points. Evaluated the counterparty's damages claims of economic harm due to the breach of the program agreement.

Provided expert testimony in a litigation related to product liability in an automobile accident. Determined the diminished earning capacity of the injured party using economic and financial models to gauge potential lost earnings and benefits. Evaluated counterparty's damages claims and methodology to determine their reasonableness.

Developed economic analyses based on proprietary data, third-party research, and survey data to determine the amount of economic damages attributable to a larger product failure and product recall in the refrigerator industry. Evaluated the counterparty's analyses and damages claims of the economic harm due to the product failure and recall.

Conducted survey research to evaluate movie theater attendance patterns, reasons for going to movie theaters, the relative importance of these reasons in attending movies, and pricing information for movie theater products. Designed the survey questionnaire and sampling approach. Oversaw the data collection of both internet and in-person surveys. Conducted various statistical survey analyses.

Provided expert testimony in a litigation related to an alleged breach of contract in the commercial parking garage industry. Using advanced statistical models, determined the amount of lost garage parkers due to the alleged breach of contract. Evaluated counterparty's lost garage parker claims and methodology to determine their reasonableness.

Evaluated the survey conducted by a large survey research firm regarding farming methods and subsistence in third world countries in the context of a professional malpractice claim. Conducted analyses of survey methodology and survey data to determine whether the survey conformed to survey best practices and whether the survey likely suffered from bias.

Provided expert testimony in a product liability litigation in the fruit industry. Developed a multi-stage stratified sampling design used to select at random samples of fruit trees from the target population. Oversaw and led the collection of samples to be used by technical experts in their analyses. Derived formulae for the sample estimates and variances of the sample estimates. Consulted on appropriate sample sizes to obtain desired level of precision for the sample estimates.

### Finance

Reverse engineered and analyzed an expert's 10(b)-5 damages model surrounding the quantification of financial losses by a class of the company's shareholders. Proposed possible adjustments to the model that would provide a more reliable estimate of damages. Developed a large database and the modeled daily stock prices and trader activity for a five-year period.

Conducted financial analyses of a trader's trading activity where it was alleged the trader late traded into and out of various mutual funds over approximately a three-year period. Constructed a large data base of every S&P futures transaction for approximately a six-year period and a large database of all of the trader's trades. Analyzed the trading activity of the trader using these databases. Developed

13



econometric models based on this analysis to determine to what extent, if any, the trader  late traded. Evaluated the econometric models provide by the counterparty alleging late trading.

Conducted and consulted on analyses of traders' and mutual employees trading activities in which simulation of trading activity was done following pre-specified trading rules to determine the total  next-day net NAV return and the amount of dilution for trading within a given mutual fund.  Analyzed  and consulted on the comparison of simulation based on these pre-specified trading rules to  litigants' trading activities as well as to baseline simulations where next-day net NAV return and the  amount of dilution was determined from trading done on randomly determined trade days.

Provided expert testimony in a malpractice litigation concerning issues related to a company's reorganization of its debts.  Conducted and evaluated various analyses, including event studies, to determine the effect information in the proxy statement for a bond offering, as well as other  information available at that time, had on the litigant's bond prices.

Provided expert testimony in a bankruptcy litigation involving the valuation of PCS licenses in the wireless telephone industry.  Evaluated econometric models used to value the PCS licenses by the counterparty's expert.  Examined factors that impacted license value and determined  appropriateness of the valuation models.

Conducted economic analyses to determine the likelihood of lending discrimination by a large  finance company in the market for consumer automobile loans.  Examined and developed large  databases that included financing transactions between the large lender and individual borrowers.   Developed sophisticated econometric models to determine whether evidence suggested lending   decisions were made on the basis of inappropriate consumer characteristics.

Conducted economic analyses of various reasons for the magnitude and change in personal bankruptcy filings used for credit risk management and marketing analytics in the credit card  industry. Developed statistical models based on various economic variables to explain and forecast   personal bankruptcy filings.  Developed forecasts of underlying primitive variables in the overall  forecasting models.

Conducted survey research in a litigation in the private equity fund industry.  Designed the survey questionnaire and sampling approach used to collect data.  Analyzed data collected from the survey  to examine investors' decision-making processes and which characteristics of private equity funds influence investors' decisions.

Evaluated the financial models developed by the counterparty's expert to value nuclear power  plants and the potential synergies realized by fleet management of nuclear power plants.

## PUBLICATIONS AND SPEECHES

"Economist Tools: Surveys, Citation Analysis, and Regressions." 2018 Patent Damages Symposium. LES Washington DC Chapter, Sidley Austin, September 2018.

"Improving the Effectiveness of Your Trademark Survey Evidence." The Knowledge Group, WebEx Presentation, August 2018.

"Patent Infringement Litigation: A Thorough Analysis of 2018 Developments and Its Implications for the Year Ahead." The Knowledge Group, WebEx Presentation, August 2018.



"Patent Infringement: A Thorough Analysis of 2017 Developments and Their Impacts in 2018." The Knowledge Group, WebEx Presentation, May 2018.

"Understanding and Calculating Lost Profits Damages in Copyright and Trademark Cases." Mitchell Silberberg & Knupp LLP, March 2018.

"Utilizing Surveys in Trademark Litigation." The Knowledge Group, WebEx Presentation, October 2017.

"Understanding and Calculating Lost Profits Damages." The Knowledge Group, WebEx Presentation, August 2017.

"Design Patent Damages." The Knowledge Group, WebEx Presentation, July 2017.

"Trademark and False Advertising Litigation: Significant Issues & Updates." The Knowledge Group, WebEx Presentation, June 2017.

"Survey Research in Litigation" with Paul J. Lavrakas. *Litigation Services Handbook: The Role of the Financial Expert.* Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, editors. Sixth Edition.  John Wiley & Sons, Inc. Hoboken, NJ. 2017.

"Patent Infringement: A Legal and Economic Outlook." The Knowledge Group, WebEx Presentation, March 2017.

"Patent Damages 2016: A Year in Review." American Intellectual Property Law Association, WebEx Presentation, February 2017.

"The Evolving Landscape in the Calculation of Patent Damages - Reasonable Royalties." The Knowledge Group, WebEx Presentation, February 2017.

"Expert Testimony and Survey Methodology in False Advertising Cases: A 2017 Perspective." The Knowledge Group, WebEx Presentation, January 2017.

"Patent Act Damages in Light of Samsung v. Apple: Understanding Article of Manufacture, Profit Apportionment and Consumer Surveys." New York State Bar Association Annual Meeting – Intellectual Property Law Section. January 2017.

"How to Design Effective Consumer Surveys for Trademark and False Advertising Cases: Practical Guide." The Knowledge Group, WebEx Presentation, July 2016.

"Survey Research in Trademark Cases." Illinois Institute of Technology Chicago-Kent College of Law, April 2016.

"False Advertising: Understanding the Legal Issues in 2016." The Knowledge Group, WebEx Presentation, March 2016.



"Survey Research in Trademark Cases." Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP, March 2016.

"The Use of Surveys in Patent Litigations." Intellectual Property Organization, Damages and Injunctions Committee, December 2015.

"Current Knowledge and Considerations Regarding Survey Refusals:  Executive Summary of the AAPOR Task Force Report on Survey Refusals" with David Dutwin, John D. Loft, Jill E. Darling, Allyson L. Holbrook, Timothy P. Johnson, Ronald E. Langley, Paul J. Lavrakas, Kristen Olson, Emilia Peytcheva, Timothy Triplett, and Andrew Zukerberg. *Public Opinion Quarterly*, Volume 79, Number 2, Summer 2015, pp. 411-419.

"Recent Trends and Developments in Patent and Trademark Damages." Corporate Counsel IP Seminar, Nixon Peabody, June 2015.

"Trademark Damages and Survey Research in Patent and Trademark Cases." Kenyon & Kenyon, March 2015.

"Future Trends in False Advertising." The Knowledge Group, WebEx Presentation, November 2014.

"Survey Research in Litigation" with Paul J. Lavrakas. *Litigation Services Handbook: The Role of the Financial Expert.*  Roman L. Weil and Daniel G. Lentz, editors.  Fifth Edition 2014 Cumulative Supplement.  John Wiley & Sons, Inc. Hoboken, NJ. 2014.

"Current Knowledge and Considerations Regarding Survey Refusals" with David Dutwin, John D.  Loft, Timothy Triplett, and Ronald E. Langley. 2014 American Association of Public Opinion Research Conference, Anaheim, CA, May 2014.

"Monetary Relief Under the Lanham Act." Chicago Bar Association, Assessing Damages in Intellectual Property Cases, Chicago, IL, April 2012.

"Flying through Turbulence: Key Take-Aways from Recent Patent Damages Decisions." 2011 Locke Lord IP Damages Summit, Dallas, TX, October, 2011.

"Patent Damages" with Thomas I. Ross. Intellectual Property Law Association of Chicago, Patent  Law Symposium 2010, Chicago, IL, October 2010.

*Encyclopedia of Survey Research Methods*, Contributor and Member of Advisory Board, Sage Publications, Thousand Oaks, CA, (2008).

"Price Erosion and Elasticity of Demand: Are the Courts Getting It Right?"  *IP Remedies* (American  Bar Association), (July 2008).

 "Costs of Refusals in Large RDD National Surveys" with Paul J. Lavrakas. 2007 American  Association of Public Opinion Research Conference, Anaheim, CA, May 2007.

16



"Gaining Efficiencies in Scheduling Callbacks in Large RDD National Surveys" with Paul J. Lavrakas, Charles W. Shuttles, Gail Daily, Tracie Yancey, and Ralph Watkins.

- o 2007 American Association of Public Opinion Research Conference, Anaheim, CA, May 2007.

- o 2006 Telephone Survey Methodology Conference II, Miami, FL, January 2006.

- o 2005 American Association for Public Opinion Research Annual Meeting, Miami, FL, May 2005.

- o 2004 American Statistical Association Annual Meeting, Toronto, Ontario, August 2004.

"An Index to Measure and Track Consumer Debt Conditions" with Lucia F. Dunn and Paul J. Lavrakas, 2000 American Statistical Association Annual Meeting, Indianapolis, IN, August 2000.

"A Debt Stress Index for Measuring the Stress Associated with One's Total Debt", with Paul J. Lavrakas, Lucia F. Dunn, and T.H. Kim, American Statistical Association's *Proceedings of the Section on Government Statistics and Social Statistics Section*, (2000).

"Uses of Survey Data in Tracking Consumer Debt", with Lucia F. Dunn and Paul J. Lavrakas, American Statistical Association's *Proceedings of the Section on Government Statistics and Social Statistics Section*, (2000).

"Investigating Unit Non-response in a RDD Survey", with Paul J. Lavrakas and Elizabeth Stasny, American Statistical Association's *Proceedings of the Section on Survey Research Methods*, (1999).

"Achieving an Optimum Number of Callback Attempts: Cost-Savings vs. Non-response Error Due to Non-contacts in RDD Surveys", with Brian E. Harpuder, American Statistical Association's *Proceedings of the Section on Survey Research Methods*, (1999).

"An Examination of Call Attempts for a RDD Study: The Buckeye State Poll", 1999 Midwest Association for Public Opinion Research Annual Meeting, Chicago, Illinois, November 1999.

"Investigating Unit Non-response in a RDD Survey" with Paul J. Lavrakas and Elizabeth Stasny.

- o 54th Annual Meeting of the American Association for Public Opinion Research, St. Pete's Beach, Florida, May 1999.

- o 1998 Midwest Association for Public Opinion Research Annual Meeting, Chicago, Illinois, November 1998.

"Achieving an Optimum Number of Callback Attempts: Cost-Savings vs. Non-response Error Due to Non-contacts in RDD Surveys", with Brian E. Harpuder.

- o 54th Annual Meeting of the American Association for Public Opinion Research, St. Pete's Beach, Florida, May 1999.

- o 1998 Midwest Association for Public Opinion Research Annual Meeting, Chicago, Illinois, November 1998.



"Some Results from the Buckeye State Poll to Economic and Political Survey Questions" with Trevor N. Tompson, 58th Annual Meeting of the Ohio Association of Economists and Political Scientists, Columbus, Ohio, October 1998.

"Money Demand and the Moderate Quantity Theory of Money" with J. Huston McCulloch, Fall Meeting of the Midwest Macroeconomics Association, Bloomington, Indiana, September 1998.

"Consumer Confidence and Interest Rate Measures Using Survey Data" with Lucia F. Dunn, Meeting of the Columbus Association of Business Economists, Columbus, Ohio, November 1997.

## REFEREE

Journal of Official Statistics, Public Opinion Quarterly, Survey Methodology

## PROFESSIONAL AFFILIATIONS

American Economic Association                     American Finance Association

International Trademark Association               American Association of Public Opinion Research

Intellectual Property Owners Association          Licensing Executives Society

# Exhibit 2



**JEFFERY A. STEC, Ph.D.**
BERKELEY RESEARCH GROUP, LLC
70 W. Madison Suite 5000 | Chicago, IL 60602

Direct: **312.429.7970**
jstec@thinkbrg.com

## PREVIOUS TESTIMONY

American National Can Company v. Continental PET Technologies, Inc. Case No. B90-558 (EBB), United States District Court – District of Connecticut. Expert Report, Response Expert Report, Deposition Testimony.

Cigarettes Cheaper! v. R.J. Reynolds Tobacco. Case No, 99 C. 1174, United States District Court – Northern District of Illinois, Eastern Division. Declaration.

MKS Software v. Mentor Graphics Corporation. Case No. 02-424-A, United States District Court – Eastern District of Virginia, Alexandria Division. Expert Report.

Peaceable Planet, Inc. v. Ty Inc. and H. Ty Warner. Case No. 01 C 7350, United States District Court – Northern District of Illinois. Declaration.

Finnsugar Bioproducts, Inc. v. The Amalgamated Sugar Company, LLC and Amalgamated Research Inc. Case No. 97 C 8746. United States District Court – Northern District of Illinois, Eastern Division. Rebuttal Expert Report.

BIAX Corporation v. Apple Computer, Inc.; International Business Machines Corporation; and Motorola, Inc. Case No. 01-601-KAJ, United States District Court – District of Delaware. Expert Report, Declaration.

TruServ Corporation v. Ernst & Young. Case No. 51 Y 181 01333 02, American Arbitration Association. Expert Report, Rebuttal Expert Report, Deposition Testimony, Arbitration Testimony.

Smith Wholesale Company, Inc. et al. v. R.J. Reynolds Tobacco. Case No. 2:03-CV-30. United States District Court – Eastern District of Tennessee. Declaration.

JLJ, Inc. et al. v. Santa's Best Craft, et al., Case No. C-3-02-00513. United States District Court – Southern District of Ohio. Rebuttal Expert Report.

Ventas, Inc. v. Sullivan & Cromwell, Civil Action No. 5232-02. Superior Court of the District of Columbia. Expert Statement, Deposition Testimony.

Direct Report Corporation d/b/a Shareholder.com v. CCBN.com, Inc. et al. Civil Action No. 09- 10535 PBS. United States District Court – District of Massachusetts. Expert Report.

Leelanau Wine Cellars, Ltd. v. Black & Red, Inc. d/b/a Chateau de Leelanau et al. Case No. 1:01-CV-319. United States District Court – Western District of Michigan. Declaration, Deposition Testimony, Trial Testimony by Designation.

1



Mark A. Freeman and Timothy K. Stringer v. Gerber Products Company.  Case No. 02-2249-JWL. United States District Court – District of Kansas. Declaration.

Elaine L. Chao, Secretary of Labor, U.S. Department of Labor v. Local 1700, Amalgamated Transit Union.  Case No. 2:05 CV 718 PGC.  United States District Court – District of Utah, Central  Division. Expert Report, Deposition Testimony.

In re: Airadigm Communications, Inc.  Case No. 06-10930.  United States Bankruptcy Court –  Western District of Wisconsin.  Rebuttal Expert Report, Deposition Testimony.

Cozad Trailer Sales, LLC v. Rackley Bilt Trailer Sales, Inc. et al.  E.D. Case No. 2:05-cv-01181 WBS DAD. United States District Court – Eastern District of California, Sacramento Division.  Expert  Report.

Fendi Adele S.R.L., et al. v. Burlington Coat Factory Warehouse, Inc., et al. Case Nos. 06-CV-0085 (LBS) (MHD); 06-CV-0243 (JES) (MHD); 06-CV-0244 (JES) (MHD); 06-CV-0245 (JES) (MHD); 06-CV-7084 (JGK) (MHD).  United States District Court – Southern District of New York, Declaration.

Lucky Brand Dungarees, Inc. and Liz Claiborne, Inc. v Ally Apparel Resources LLC d/b/a Get Lucky, Key Apparel Resources, Ltd., Marcel Fashion Group, Inc. and Ezra Mizrachi.  Civil Action No. 05   CV 6757-LTS.  United States District Court – Southern District of New York, Rebuttal Expert Report, Deposition Testimony.

Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc. v. Perrigo Company and Perrigo New York, Inc., F/K/A Clay-Park Labs, Inc.  Civil Action No. 1:006-CV-7198 (DLC) (JCF). United States District Court – Southern District of New York, Rebuttal Expert Report, Declaration, Deposition Testimony.

Jon Synder, Inc. f/d/b/a JBS Technologies v. Matsushita Electric Corporation of America d/b/a Panasonic Telecommunications Systems Company, et al.  Civil Action No. 03 CV 00524.  Court of Common Pleas, Jefferson County, OH.  Rebuttal Expert Report.

McKesson Automation, Inc. v. Swisslog Italia S.P.A. and Translogic Corporation. Case No. 06-028 (KAJ).  United States District Court – District of Delaware.  Expert Report.

Symbol Technologies, Inc. v. Janam Technologies, LLC. Case No. 01:08cv340. United States  District Court – District of Delaware. Declaration, Deposition Testimony.

Peter J. Weller *et al.* v. Sprint Communications, L.P.  AAA Reference No. 11 181 00070 06.  Expert Report, Rebuttal Expert Report.

SRAM Corporation v. Formula S.R.L. and Perigeum Development, Inc. d/b/a Formula Brake U.S.A.,  No. 1:06-CV-1025 and No. 1:07-CV-1565. United States District Court – Northern District of Illinois,  Eastern Division.  Rebuttal Expert Report, Deposition Testimony.

American Medical Systems, Inc. and Laserscope v. Laser Peripherals, LLC, No. 08-CV-4798 (JNE/FLN).  United States District Court – District of Minnesota.  Rebuttal Expert Report, Deposition Testimony.



Airframe Systems, Inc. f/k/a Airline Software, Inc., v. Raytheon Company and L-3 Communications Corporation, No. 1:08-cv-11940-WGY.  United States District Court – District of Massachusetts. Rebuttal Expert Report.

Justin P. Toronyi *et al.* v. Honeywell International Inc. *et al.*, No. 09 L 14818.  Circuit Court of Cook County Illinois County Department – Law Division. Rebuttal Expert Report, Deposition Testimony.

CNH America LLC and Blue Leaf, L.P., Inc. v. Kinze Manufacturing, Inc. No. 08-945-GMS.  United States District Court – District of Delaware.  Expert Report, Second Expert Report, Deposition Testimony.

W.L. Gore & Associates, Inc., and Gore Enterprise Holdings, Inc. v. Medtronic, Inc., Medtronic USA, Inc., and Medtronic Vascular, Inc. No. 10-cv-04441.  Eastern District of Virginia – Norfolk Division. Expert Report, Deposition Testimony, Trial Testimony.

Image Processing Technologies, LLC v. Canon Inc. and Canon U.S.A., Inc.  No. 10-cv-03867  (LDW) (ETB).  United States District Court – Eastern District of New York.  Rebuttal Expert Report, Deposition Testimony.

In the Matter of Certain Video Analytics Software Systems, Components Thereof, and Products Containing Same, United States International Trade Commission, Washington, D.C. Investigation Number 337-TA-795.  Expert Report, Deposition Testimony, Expert Witness Statement, Hearing Testimony.

Chicago Loop Parking LLC v. The City of Chicago, No. 51 115 Y 00231 11, American Arbitration Association.  Rebuttal Expert Report, Deposition Testimony, Arbitration Testimony.

In the Matter of Certain Wiper Blades.  United States International Trade Commission, Washington, D.C. Investigation Number 337-TA-816.  Expert Report, Rebuttal Expert Report, Deposition Testimony, Declaration, Expert Witness Statement, Rebuttal Expert Witness Statement.

ADT Security Services, Inc. v. Security One International, Inc. et al. No. 4:11-cv-05149-YGR. United States District Court – Northern District of California Oakland Division.  Rebuttal Expert Report, Deposition Testimony, Trial Testimony.

ORBIS Corporation v. Rehrig Pacific Company. No. 12-cv-1073-JPS. United States District Court – Eastern District of Wisconsin Milwaukee Division. Declaration, Expert Report, Deposition Testimony.

Symantec Corporation v. Veeam Software Corporation. No. 3:12-cv-00700 SI. United States District Court – Northern District of California San Jose Division.  Expert Report, Declaration.

In the Matter of Certain Wireless Devices with 3G and/or 4G Capabilities and Components Thereof. United States International Trade Commission, Washington, D.C. Investigation Number 337-TA- 868. Expert Report, Deposition Testimony, Expert Witness Statement, Rebuttal Expert Witness  Statement, Hearing Testimony.

Symantec Corporation v. Acronis, Inc. et al. No. 3:11-cv-05310 EMC. United States District Court – Northern District of California San Francisco Division.  Expert Report, Deposition Testimony.



Administradora de Citricos de Costa Rica S.A., et al. v. E.I. Du Pont De Nemours & Company, Inc.  No. 01-6935-CA.  Circuit Court of the 11th Judicial Circuit in and for Miami Dade County, Florida.  Expert Report, Deposition Testimony, Trial Testimony.

NatureSweet, Ltd. v. Mastronardi Produce Ltd., Mastronardi Produce-USA, Inc., and Worldwide Plastics Co.  No. 03-12-CV-1424-G-BD.  United States District Court – Northern District of Texas Dallas Division.  Rebuttal Expert Report, Deposition Testimony.

Symantec Corporation v. Acronis, Inc. et al. No. 3:12-cv-05331 JST. United States District Court – Northern District of California San Francisco Division.  Expert Report, Deposition Testimony.

The Black & Decker Corporation et al. v. Positec USA, Inc. et al.  No. 1:11-cv-05426.  United States District Court – Northern District of Illinois Eastern Division.  Rebuttal Expert Report, Deposition Testimony.

Dish Network, LLC v. Fun Dish, Inc. et al.  No. 1:08-cv-01540.  District Court – Northern District of Ohio Eastern Division.  Rebuttal Expert Report, Declaration, Deposition Testimony.

Dentsply International Inc. v. US Endodontics, LLC.  No. 2:14-cv-00196.  United States District Court – Eastern District of Tennessee.  Declaration, Expert Report, Deposition Testimony, Hearing Testimony.

In the Matter of Certain 3G Mobile Handsets and Components. United States International Trade Commission, Washington, D.C. Investigation Number 337-TA-613.  Expert Report, Rebuttal Expert Report, Deposition Testimony, Expert Witness Statement, Rebuttal Expert Witness Statement, Hearing Testimony.

DataQuill Limited v. ZTE Corporation et al. No. 2:13-cv-634.  United States District Court – Eastern District of Texas – Marshall Division.  Expert Report, Trial Testimony.

Samsung Electronics Co., Ltd. (Korea) v. Nokia Corporation (Finland).  International Chamber of Commerce.  ICC Case No. 19602/AGF/RD (c. 19638/AGF). Rebuttal Expert Report, Arbitration Testimony.

Select Comfort Corporation v. Tempur Sealy International, Inc., d/b/a Tempur-Pedic et al.  No. 13- cv-02451 (DWF/SER).  United States District Court – District of Minnesota.  Rebuttal Expert Report, Deposition Testimony.

In the Matter of Certain Footwear Products. United States International Trade Commission, Washington, D.C. Investigation Number 337-TA-936. Rebuttal Expert Report, Deposition Testimony, Rebuttal Witness Statement, Trial Testimony by Designation.

Parallel Networks Licensing, LLC v. Microsoft Corporation. No. 13-2073-SLR. United States District Court – District of Delaware.  Rebuttal Expert Report, Deposition Testimony.

Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, LLC. v. First Quality Baby Products, LLC and First Quality Retail Services, LLC, and First Quality Consumer Products, LLC. No. 1:14-cv-01466-WCG. United States District Court – Eastern District of Wisconsin – Green Bay.  Rebuttal Expert Report.



Barn Light Electric Company, L.L.C v. Barnlight Originals, Inc., Hi-Lite Manufacturing Company, Inc., and Jeffrey L. Ohai. No. 8:14-cv-1955-T-35AEP. United States District Court – Middle District of Florida.  Expert Report, Deposition Testimony.

Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Canon Inc. and Canon U.S.A., Inc.  No. 11-cv-792-SLR. United States District Court – District of Delaware.  Expert Report, Deposition Testimony.

Ferring B.V. v. Perrigo Company, Perrigo Company PLC, Perrigo Company of Tennessee, Perrigo New York Inc., and Fera Pharmaceuticals, LLC. No. 2:14-cv-01653. United States District Court – Eastern District of New York.  Expert Report.

Signal IP, Inc. v. American Honda Motor Co., Inc. and Honda of America Mfg., Inc. No. 2:14-cv- 2454. United States District Court – Central District of California. Rebuttal Expert Report, Deposition Testimony.

Ferring Pharmaceuticals, Inc. v. Braintree Laboratories, Inc. No. 13-cv-12553. United States District Court – District of Massachusetts.  Expert Report, Rebuttal Expert Report, Deposition Testimony, Declaration. Supplemental Report.

Avid Technology, Inc. v. Media Gobbler, Inc. No. 1:14-cv-13746 PBS. United States District Court – District of Massachusetts.  Rebuttal Expert Report, Deposition Testimony.

Linkepic Inc., GMAX Inc., Veoxo Onc., and Justin London v. Vyasil, LLC, Mehul Vyas, Karl Wittstrom, and Ryan Tannehill. No. 12-cv-9058. United States District Court – Northern District of  Illinois Eastern Division. Expert Report.

Blitzsafe Texas, LLC v. Toyota Motor Corporation et al. No. 2:15-cv-01277 United States District  Court – Eastern District of Texas Marshall Division. Rebuttal Expert Report, Deposition Testimony.

ADT LLC and ADT US Holdings, Inc. v. Capital Connect et al. No. 3:15-cv-02252-B. United States District Court – North District of Texas Dallas Division. Rebuttal Expert Report.

ADT LLC v. Security Networks, LLC and Vision Security, LLC. No. 9:12-cv-81120-DTKH. United States District Court – Southern District of Florida Palm Beach Division. Rebuttal Expert Report.

Biscotti Inc. v. Microsoft Corp. No. 2:13-cv-01015-JRG-RSP. United States District Court – Eastern District of Texas – Marshall Division. Rebuttal Expert Report, Deposition Testimony.

United Therapeutics Corporation v. Watson Laboratories, Inc. No. 3:15-cv-05723-PGS-LHG. United States District Court – District of New Jersey. Expert Report, Deposition Testimony.

Lions Gate Entertainment, Inc. v. TD Ameritrade Services Company et al. No. 15-cv-05024-DDP-E. United States District Court – Central District of California – Western Division. Rebuttal Expert Re- port, Deposition Testimony.

Toyo Tire & Rubber Co., Ltd. et al. v. Atturo Tire Corporation, et al. No. 1:14-cv-00206. United States District Court – Northern District of Illinois – Eastern Division. Expert Report, Rebuttal Expert  Report, Deposition Testimony.



Rawlings Sporting Goods Company, Inc. v. Easton Diamond Sports, LLC. No. 4:17-cv-02259-RLW. United States District Court – Eastern District of Missouri – Eastern Division. Declaration.

In the Matter of Distribution of the 2010, 2011, 2012 and 2013 Cable Royalty Funds. No. 14-CRB-0010-CD (2010-2013). Copyright Royalty Judges. Rebuttal Written Testimony, Hearing Testimony.

United Therapeutics Corporation et al. v. Actavis Laboratories FL, Inc. No. 3:16-cv-01816-PGS-LHG; 3:16-cv-03642- PGS-LHG. United States District Court – District of New Jersey. Expert Report.

Barrington Music Products, Inc. v. Guitar Center Stores, Inc. et al. No. 3-16-cv-00006-RLM-MGG. United States District Court – Northern District of Indiana – South Bend Division. Expert Report.

Republic Technologies (NA), LLC and Republic Tobacco, L.P. v. BBK Tobacco & Foods, LLP d/b/a HBI International. No. 1:16-cv-03401. United States District Court – Northern District of Illinois – Eastern Division. Expert Report, Deposition Testimony.

Watson Laboratories, Inc. v. United  Therapeutics  Corporation. Case IPR2017-01621. United States Patent and Trademark Office before the Patent Trial and Appeal Board. Declaration.

Watson Laboratories, Inc. v. United  Therapeutics  Corporation. Case IPR2017-01622. United States Patent and Trademark Office before the Patent Trial and Appeal Board. Declaration.

BASF Corporation v. Johnson Matthey Inc. No. 1:14-cv-01204-RGA. United States District Court for the District of Delaware. Rebuttal Expert Report, Deposition Testimony.

Rimini Street, Inc. v. Oracle International Corporation et al. Case No. 2:14-cv-01699-LRH-CWH. United States District Court – District of Nevada. Rebuttal Expert Report, Deposition Testimony.

Louisiana-Pacific Corporation v. James Hardie Building Products, Inc. Case No. 3:18-cv-00447. United States District Court – Middle District of Tennessee at Nashville. Rebuttal Expert Report. Hearing Testimony.

Sound View Innovations, LLC v. Hulu, LLC. Case No. 2:17-cv-04146-JAK-PLA. United States District Court – Central District of California – Western Division. Expert Report, Deposition Testimony.

The United States and the Administrators of the Tulane Educational Fund v. Cytogel Pharma, LLC. Case No. 2:16-cv-13987. United States District Court – Eastern District of Louisiana. Rebuttal Expert Report, Deposition Testimony, Supplemental Expert Report.

Noven Pharmaceuticals, Inc. v. Mylan Technologies Inc. et al. Case No. 1:17-cv-01777. United States District Court for the District of Delaware. Declaration.

Car-Freshner Corporation et al. v. American Covers LLC F/K/A American Covers, Inc. D/B/A HandStands, Energizer Brands, et al. Case No. 5:17-cv-171 (TJM/ATB). United States District Court – Northern District of New York. Expert Report, Deposition Testimony, Declaration.

wedi Corp. v. Brian Wright, Sound Product Sales LLC, and Hydro-Blok USA LLC. United States District Court – Western District of Washington at Seattle. Rebuttal Expert Report.



SEVEN Networks, LLC v. Samsung Electronics American, Inc. et al. No. 2:17-cv-00441-JRG. United States District Court – Eastern  District of Texas – Marshall Division. Rebuttal Expert Report, Deposition Testimony.

SEVEN Networks, LLC v. ZTE (USA), Inc. et al. No. 3:17-cv-01495-M. United States District Court – Northern  District of Texas – Dallas Division. Rebuttal Expert Report, Deposition Testimony.

Allergan USA, Inc. v. Prescriber's Choice, Inc. et al. No. 8:17-cv-01550. United States District Court – Central  District of California – Southern Division. Expert Report, Deposition Testimony.

London Computer Systems, Inc. v. Zillow, Inc. No. 1:18-cv-00696. United States District Court – Southern District of Ohio – Western Division, Cincinnati. Declaration, Deposition Testimony.

Kodiak Cakes LLC v. Continental Mills, Inc. No. 2:18-cv-00783-BCW. United States District Court – District of Utah – Central Division. Expert Report, Declaration.

Allergan USA, Inc. v. Imprimis Pharmaceuticals, Inc. et al. No. 8:17-cv-01551. United States District Court – Central  District of California – Southern Division. Expert Report.

Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc. v. Taro Pharmaceuticals Industries et al. No. 17-cv-462 (RGA). United States District Court for the District of Delaware. Expert Report, Deposition Testimony.

The Black & Decker Corporation, Black & Decker Inc., and Black & Decker (US) Inc. v. Positec USA, Inc. and RW Direct, Inc. No. 1:11-cv-05426. United States District Court for the Northern District of Illinois – Eatern Division. Rebuttal Expert Report.

# Exhibit 3

*Allergan USA, Inc. v. Imprimis Pharmaceuticals, Inc., et al*

Declaration Exhibit 3.0
Documents Reviewed and/or Relied Upon

**Bates Stamped Documents**

| Beginning Bates | Ending Bates | Beginning Bates | Ending Bates | Beginning Bates | Ending Bates |
|---|---|---|---|---|---|
| AGN00000000001 | AGN00000000001 | AGN00000000225 | AGN00000000232 | IMPRIMIS00000006676 | IMPRIMIS00000006676 |
| AGN00000000002 | AGN00000000004 | AGN00000000233 | AGN00000000233 | IMPRIMIS00000006680 | IMPRIMIS00000006680 |
| AGN00000000005 | AGN00000000015 | AGN00000000234 | AGN00000000236 | IMPRIMIS00000023515 | IMPRIMIS00000023518 |
| AGN00000000016 | AGN00000000018 | AGN00000000237 | AGN00000000241 | IMPRIMIS00000037649 | IMPRIMIS00000037650 |
| AGN00000000019 | AGN00000000025 | AGN00000000242 | AGN00000000242 | IMPRIMIS00000039136 | IMPRIMIS00000039137 |
| AGN00000000026 | AGN00000000028 | AGN00000000243 | AGN00000000245 | IMPRIMIS00000039138 | IMPRIMIS00000039141 |
| AGN00000000029 | AGN00000000035 | AGN00000000246 | AGN00000000250 | IMPRIMIS00000042842 | IMPRIMIS00000042845 |
| AGN00000000036 | AGN00000000036 | AGN00000000251 | AGN00000000251 | IMPRIMIS00000066564 | IMPRIMIS00000066565 |
| AGN00000000037 | AGN00000000040 | AGN00000000252 | AGN00000000255 | IMPRIMIS00000070547 | IMPRIMIS00000070548 |
| AGN00000000041 | AGN00000000045 | AGN00000000256 | AGN00000000259 | IMPRIMIS00000078014 | IMPRIMIS00000078047 |
| AGN00000000046 | AGN00000000048 | AGN00000000260 | AGN00000000262 | IMPRIMIS00000101725 | IMPRIMIS00000101728 |
| AGN00000000049 | AGN00000000051 | AGN00000000263 | AGN00000000267 | IMPRIMIS00000111823 | IMPRIMIS00000111824 |
| AGN00000000052 | AGN00000000058 | AGN00000000268 | AGN00000000268 | IMPRIMIS00000124500 | IMPRIMIS00000124501 |
| AGN00000000059 | AGN00000000061 | AGN00000000269 | AGN00000000272 | IMPRIMIS00000128140 | IMPRIMIS00000128141 |
| AGN00000000062 | AGN00000000068 | AGN00000000273 | AGN00000000277 | IMPRIMIS00000130122 | IMPRIMIS00000130123 |
| AGN00000000069 | AGN00000000071 | AGN00000000278 | AGN00000000280 | IMPRIMIS00000139381 | IMPRIMIS00000139383 |
| AGN00000000072 | AGN00000000078 | AGN00000000281 | AGN00000000287 | IMPRIMIS00000150319 | IMPRIMIS00000150368 |
| AGN00000000079 | AGN00000000079 | AGN00000000288 | AGN00000000288 | IMPRIMIS00000172363 | IMPRIMIS00000172437 |
| AGN00000000080 | AGN00000000082 | AGN00000000289 | AGN00000000291 | IMPRIMIS00000191481 | IMPRIMIS00000191482 |
| AGN00000000083 | AGN00000000087 | AGN00000000292 | AGN00000000296 | IMPRIMIS00000191483 | IMPRIMIS00000191483 |
| AGN00000000088 | AGN00000000091 | AGN00000000297 | AGN00000000299 | IMPRIMIS00000200871 | IMPRIMIS00000200903 |
| AGN00000000092 | AGN00000000095 | AGN00000000300 | AGN00000000304 | IMPRIMIS00000246154 | IMPRIMIS00000246164 |
| AGN00000000096 | AGN00000000101 | AGN00000000305 | AGN00000000307 | IMPRIMIS00000254224 | IMPRIMIS00000254228 |
| AGN00000000102 | AGN00000000102 | AGN00000000308 | AGN00000000313 | IMPRIMIS00000284457 | IMPRIMIS00000284473 |
| AGN00000000103 | AGN00000000105 | AGN00000000314 | AGN00000000323 | IMPRIMIS00001800328 | IMPRIMIS00001800328 |
| AGN00000000106 | AGN00000000112 | AGN00000000324 | AGN00000000324 | IMPRIMIS00001907153 | IMPRIMIS00001907154 |
| AGN00000000113 | AGN00000000115 | AGN00000000325 | AGN00000000355 | IMPRIMIS00002279311 | IMPRIMIS00002279311 |
| AGN00000000116 | AGN00000000131 | AGN00000000356 | AGN00000000431 | IMPRIMIS00002912796 | IMPRIMIS00002912801 |
| AGN00000000132 | AGN00000000134 | AGN00000000432 | AGN00000000453 | IMPRIMIS00002912853 | IMPRIMIS00002912853 |
| AGN00000000135 | AGN00000000137 | AGN00000000454 | AGN00000000479 | IMPRIMIS00002912860 | IMPRIMIS00002912860 |
| AGN00000000138 | AGN00000000140 | AGN00000000480 | AGN00000000510 | IMPRIMIS00002912862 | IMPRIMIS00002912862 |
| AGN00000000141 | AGN00000000145 | AGN00000000511 | AGN00000000645 | IMPRIMIS00002912867 | IMPRIMIS00002912867 |
| AGN00000000146 | AGN00000000149 | AGN00000000646 | AGN00000000718 | IMPRIMIS00002912872 | IMPRIMIS00002912873 |
| AGN00000000150 | AGN00000000155 | AGN00000065401 | AGN00000065401 | IMPRIMIS00002912875 | IMPRIMIS00002912880 |
| AGN00000000156 | AGN00000000156 | AGN00000065402 | AGN00000065402 | IMPRIMIS00002912932 | IMPRIMIS00002912954 |
| AGN00000000157 | AGN00000000159 | AGN00000065403 | AGN00000065403 | IMPRIMIS00002912962 | IMPRIMIS00002912967 |
| AGN00000000160 | AGN00000000162 | AGN00000065404 | AGN00000065404 | IMPRIMIS00002913061 | IMPRIMIS00002913061 |
| AGN00000000163 | AGN00000000175 | AGN00000087796 | AGN00000087796 | IMPRIMIS00002913366 | IMPRIMIS00002913366 |
| AGN00000000176 | AGN00000000178 | AGN00000088602 | AGN00000088603 | IMPRIMIS00002914292 | IMPRIMIS00002914292 |
| AGN00000000179 | AGN00000000189 | AGN00000096335 | AGN00000096339 | | |
| AGN00000000190 | AGN00000000190 | AGN00000104736 | AGN00000104737 | | |
| AGN00000000191 | AGN00000000194 | AGN00000127834 | AGN00000127835 | | |
| AGN00000000195 | AGN00000000199 | AGN00000129106 | AGN00000129107 | | |
| AGN00000000200 | AGN00000000202 | AGN00000133577 | AGN00000133578 | | |
| AGN00000000203 | AGN00000000210 | AGN00000145810 | AGN00000145812 | | |
| AGN00000000211 | AGN00000000214 | AGN00000153257 | AGN00000153258 | | |
| AGN00000000215 | AGN00000000221 | AGN00000158786 | AGN00000158861 | | |
| AGN00000000222 | AGN00000000224 | AGN00000170081 | AGN00000170270 | | |

*Allergan USA, Inc. v. Imprimis Pharmaceuticals, Inc., et al*

Declaration Exhibit 3.0
Documents Reviewed and/or Relied Upon

**Additional Documents Produced by the Parties**

"Monthly Module Views- Rx (NPA)_1_Nov-07-2018.xlsx."
2014-2018 Imprimis.xlsx
21 CFR 353a.pdf.
503A Spreadsheet.xlsx (IMPRIMIS00002279311).
503B Sales UPDATED 9.21.18.xlsx.
8_AA128_NCD_001_1_00000312.pdf.
Alphagan P-Combigan-Lumigan OOP Approval.xlsx.
EYE_CARE_MD_WK_DATA_11_18_2016_11_30_2018 (12-14).txt
EYE_CARE_MD_WK_DATA_11-18-2016_11-30-2018.txt
Federal Register Vol 83 No 175 (September 10 2018).pdf.
Imprimis BPC Pull.xlsx.
Imprimis BPC Units Pull.xlsx.
Monthly Module Views- Rx (NPA)_1_Dec-04-2018.xlsx
Monthly Module Views- Rx (NPA)_1_Nov-07-2018.xlsx.
Pred Forte – OOP Approval.xlsx.
Restasis-Restasis Multidose OOP Approval.xlsx.

**Legal Filings**

Complaint in the matter of Allergan, Inc. v. Imprimis Pharmaceuticals, Inc., dated September 7, 2017.
Plaintiff Allergan USA, Inc.'s Answer to Defendant Imprimis Pharmaceuticals' First Set of Interrogatories, dated October 23, 2018.
Scheduling Order in the matter of Allergan, Inc. v. Imprimis Pharmaceuticals, Inc., dated February 14, 2018.

**Public Documents**

"Allergan Patient Assistance Program" (https://allergan-web-cdn-prod.azureedge.net/actavis/actavis/media /pdfdocuments/patientassistanceprogram/allergan-us-pap-application.pdf).
"Facility Definition Under Section 503B of the Federal Food, Drug, and Cosmetic Act, Guidance for Industry," pp. 1-3 (https://www.fda.gov/downloads/Drugs/Guidances/UCM496288.pdf).
"Imprimis Pharmaceuticals' (IMMY) CEO Mark Baum on Q2 2017 Results – Earnings Call Transcript," August 11, 2017, p. 2.
"Memorandum of Understanding Addressing Certain Distributions of Compounded Drug Products Between the States and the Food and Drug Administration; Revised Draft; Availability," Federal Register, Vol. 83, No. 175, September 10, 2018, 45631-45640.
"Review of moxifloxacin hydrochloride ophthalmic solution in the treatment of bacterial eye infections," Miller, Darlene, Clinical Ophthalmology 2008:2(I) 77-91, p. 77.
"Simplifying Postoperative LASIK Care," Wiley, William, M.D. (https://crstoday.com/wp-content/themes/crst/assets/downloads/crst0815_mf_wiley.pdf).
"The Uniform System of Classification (USC)," IQVIA (https://www.iqvia.com/-/media/iqvia/pdfs/institute-reports/the-uniform-system-of-classification.pdf?la=en&hash=91EF697FDBFC81DF57A0EC816CA83E1BCC 82DB28&_=1544635496951).
"Understanding the 505(b)(2) Approval Pathway," Camargo Pharmaceutical Services (http://chidb.com/ newsarticles/Camargo_Phelps_QA_VF.pdf).
15 U.S.C. § 1117(a).
Allergan 2010 Annual Report.
Allergan Plc Form 10-K for the period ending December 31, 2017.
California Bus. & Prof. Code § 17203.
Capital IQ, "Harrow Health, Inc. Competitors," January 14, 2019.
Imprimis Form-10K for the fiscal year ended December 31, 2017.
Imprimis October 2018 Formulation Catalog, (https://www.imprimisrx.com/assets/ Ophth_Catalog_D.pdf.).
Imprimis Pharmaceuticals (IMMY) CEO Mark Baum on Q2 2016 Results – Earnings Call Transcript.
Imprimis Pharmaceuticals Fact Sheet, October 2014 (http://edg1.precisionir.com/companyspotlight/NA019958/ Imprimis_FactSheet_101714.pdf).
Imprimis Pharmaceuticals, Inc. Form 10-K for the fiscal year ended December 31, 2017.
Title 21-Food and Drugs.

**Expert Reports**

Amended Expert Report of Jeffery A. Stec, dated January 2, 2019.
Expert Report of Jai Parekh, M.D. dated December 21, 2018.
Expert Report of Joel W. Hay, dated December 21, 2018 and associated exhibits.
Expert Report of Mark Keegan, dated December 21, 2018.
Expert Report of Stan G. Louie, dated December 20, 2018 and associated exhibits.
Rebuttal Expert Report of Joel W. Hay, dated January 21, 2019 and associated exhibits.

**Depositions**

Deposition Transcript (Rough Transcript) of Dennis Saadeh, dated December 12, 2018.
Deposition Transcript (Rough Transcript) of John Saharek, dated December 10, 2018.
Deposition Transcript of David LeCause, dated November 13, 2018.
Deposition Transcript of Hayne Thornton, dated December 5, 2018.
Deposition Transcript of Jill Pake, dated November 26, 2018.

*Allergan USA, Inc. v. Imprimis Pharmaceuticals, Inc., et al*

Declaration Exhibit 3.0
Documents Reviewed and/or Relied Upon

**Internet Sources**

http://www.imprimisrx.com/why-imprimisrx/our-approach/.
https://globenewswire.com/news-release/2018/12/31/1679147/0/en/Imprimis-Pharmaceuticals-Inc-Completes-Name-Change-to-Harrow-Health-Inc.html.
https://ir.iqvia.com/investors/press-releases/press-release-details/2016/IMS-Health-and-Quintiles-to-Merge-Quintiles-IMS-to-Become-Industry-Leading-Information-and-Technology-Enabled-Healthcare-Service-Provider/default.aspx.
https://medlineplus.gov/druginfo/meds/a601167.html.
https://medlineplus.gov/druginfo/meds/a601232.html.
https://medlineplus.gov/druginfo/meds/a604009.html.
https://medlineplus.gov/druginfo/meds/a605012.html.
https://medlineplus.gov/druginfo/meds/a605016.html.
https://medlineplus.gov/druginfo/meds/a611018.html.
https://medlineplus.gov/druginfo/meds/a682043.html.
https://medlineplus.gov/druginfo/meds/a682063.html.
https://medlineplus.gov/druginfo/meds/a682792.html.
https://medlineplus.gov/druginfo/meds/a693001.html.
https://medlineplus.gov/druginfo/meds/a697003.html.
https://medlineplus.gov/druginfo/meds/a697049.html.
https://medlineplus.gov/druginfo/natural/744.html.
https://nccih.nih.gov/health/omega3/introduction.htm.
https://www.aao.org/eye-disease-statistics.
https://www.aao.org/eye-health/diseases/what-is-glaucoma.
https://www.aao.org/young-ophthalmologists/yo-info/article/ophthalmic-drops-101.
https://www.allaboutvision.com/conditions/cataract-surgery-recovery.htm.
https://www.allaboutvision.com/conditions/dryeye.htm.
https://www.allergan.com/investors/m-a-activities/allergan-acquisition.
https://www.allergan.com/responsibility/patient-resources/patient-assistance-programs.
https://www.aoa.org/patients-and-public/eye-and-vision-problems/glossary-of-eye-and-vision-conditions/cataract.
https://www.aoa.org/patients-and-public/eye-and-vision-problems/glossary-of-eye-and-vision-conditions/dry-eye.
https://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=21993612.
https://www.businessinsider.com/allergan-history-since-1948-founding-2015-11
https://www.cdc.gov/visionhealth/ basics/ced/index.html.
https://www.cdc.gov/visionhealth/basics/ced/index.html.
https://www.everydayhealth.com/drugs/triamcinolone-ophthalmic.
https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/PharmacyCompounding /ucm578514.htm.
https://www.grandviewresearch.com/industry-analysis/ophthalmic-therapeutics-drug-market.
https://www.healio.com/ophthalmology/cataract-surgery/news/print/ocular-surgery-news/%7B00ad194a-fa6b-461d-b93b-06e70497ec81%7D/perioperative-medications-can-be-beneficial-in-cataract-surgery.
https://www.imprimisrx.com/assets/Ophth_Catalog_D.pdf, p. 2.
https://www.imprimisrx.com/formulations/ophthalmology/.
https://www.imprimisrx.com/formulations/ophthalmology/totaltears/.
https://www.imprimisrx.com/why-imprimisrx/our-approach/.
https://www.iqvia.com/institute/research-support.
https://www.merckmanuals.com/home/eye-disorders/corneal-disorders/keratoconjunctivitis-sicca.
https://www.nasdaq.com/symbol/hrow/competitors.

# Exhibit 4

*Allergan USA, Inc. v. Imprimis Pharmaceuticals, et al*

**Exhibit 19.0**
Imprimis 503A Out of State Sales Analysis - California (CA) & New Jersey (NJ)

| Imprimis 503A Out of State Sales (Prescriptions Filled) Analysis - California (CA) & New Jersey (NJ) [1] | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 1 | 2014 2 | 2014 3 | 2014 4 | 2014 5 | 2014 6 | 2014 7 | 2014 8 | 2014 9 | 2014 10 | 2014 11 | 2014 12 | Total 2014 |
| % Out-of-State - CA [1] | | | | | | | | | | | | |
| 0% | 0% | 0% | 33% | 60% | 61% | 47% | 59% | 60% | 62% | 71% | 73% | 62% |
| 2015 1 | 2015 2 | 2015 3 | 2015 4 | 2015 5 | 2015 6 | 2015 7 | 2015 8 | 2015 9 | 2015 10 | 2015 11 | 2015 12 | Total 2015 |
| 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 41% | 41% |
| 76% | 76% | 69% | 77% | 73% | 73% | 75% | 79% | 76% | 78% | 80% | 86% | 77% |
| 2016 1 | 2016 2 | 2016 3 | 2016 4 | 2016 5 | 2016 6 | 2016 7 | 2016 8 | 2016 9 | 2016 10 | 2016 11 | 2016 12 | Total 2016 |
| 40% | 45% | 50% | 52% | 54% | 58% | 60% | 64% | 66% | 63% | 61% | 66% | 58% |
| 85% | 87% | 86% | 88% | 89% | 89% | 89% | 89% | 88% | 91% | 89% | 89% | 88% |
| 2017 1 | 2017 2 | 2017 3 | 2017 4 | 2017 5 | 2017 6 | 2017 7 | 2017 8 | 2017 9 | 2017 10 | 2017 11 | 2017 12 | Total 2017 |
| 63% | 64% | 61% | 51% | 54% | 50% | 47% | 51% | 56% | 55% | 46% | 38% | 55% |
| 87% | 91% | 86% | 87% | 92% | 96% | 97% | 97% | 96% | 97% | 97% | 97% | 93% |
| 2018 1 | 2018 2 | 2018 3 | 2018 4 | 2018 5 | 2018 6 | 2018 7 | 2018 8 | 2018 9 | 2018 10 | 2018 11 | 2018 12 | Total 2018 |
| 34% | 33% | 40% | 34% | 34% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 35% |
| 98% | 96% | 97% | 97% | 97% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 97% |

Row labels for each year block: % Out-of-State - CA [1], % Out-of-State - NJ [2].

**Notes:**
(1) Exhibit 19.1.
(2) Exhibit 19.2.

*Allergan USA, Inc. v. Imprimis Pharmaceuticals, et al*

**Exhibit 19.1**
Imprimis 503A Out of State Sales Analysis - California (CA)

| Imprimis 503A Out of State Sales (Prescriptions Filled) Analysis - California (CA) [1] | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | |
| Sales - CA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total 2015 |
| Total | - | - | - | - | - | - | - | - | - | - | 4 | 4,149 | 4,153 |
| CA | - | - | - | - | - | - | - | - | - | - | 4 | 2,451 | 2,455 |
| Out-of-State | - | - | - | - | - | - | - | - | - | - | - | 1,698 | 1,698 |
| % Out-of-State | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 41% | 41% |

| | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales - CA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total 2016 |
| Total | 7,991 | 9,232 | 10,651 | 9,585 | 9,209 | 9,999 | 9,482 | 11,780 | 12,191 | 14,548 | 13,471 | 14,686 | 132,825 |
| CA | 4,767 | 5,040 | 5,371 | 4,576 | 4,228 | 4,178 | 3,755 | 4,255 | 4,129 | 5,403 | 5,223 | 5,018 | 55,943 |
| Out-of-State | 3,224 | 4,192 | 5,280 | 5,009 | 4,981 | 5,821 | 5,727 | 7,525 | 8,062 | 9,145 | 8,248 | 9,668 | 76,882 |
| % Out-of-State | 40% | 45% | 50% | 52% | 54% | 58% | 60% | 64% | 66% | 63% | 61% | 66% | 58% |

| | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales - CA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total 2017 |
| Total | 14,386 | 12,779 | 15,429 | 10,264 | 11,742 | 10,108 | 9,524 | 12,388 | 12,197 | 11,275 | 5,246 | 4,709 | 130,047 |
| CA | 5,280 | 4,625 | 5,946 | 5,047 | 5,390 | 5,006 | 5,034 | 6,056 | 5,323 | 5,069 | 2,853 | 2,917 | 58,546 |
| Out-of-State | 9,106 | 8,154 | 9,483 | 5,217 | 6,352 | 5,102 | 4,490 | 6,332 | 6,874 | 6,206 | 2,393 | 1,792 | 71,501 |
| % Out-of-State | 63% | 64% | 61% | 51% | 54% | 50% | 47% | 51% | 56% | 55% | 46% | 38% | 55% |

| | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales - CA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total 2018 |
| Total | 6,014 | 5,531 | 7,387 | 8,944 | 8,183 | - | - | - | - | - | - | - | 36,059 |
| CA | 3,952 | 3,703 | 4,452 | 5,869 | 5,417 | - | - | - | - | - | - | - | 23,393 |
| Out-of-State | 2,062 | 1,828 | 2,935 | 3,075 | 2,766 | - | - | - | - | - | - | - | 12,666 |
| % Out-of-State | 34% | 33% | 40% | 34% | 34% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 35% |

**Note:**
(1) 503A Spreadsheet.xlsx.

*Allergan USA, Inc. v. Imprimis Pharmaceuticals, et al*

**Exhibit 19.2**
Imprimis 503A Out of State Sales Analysis - New Jersey (NJ)

| Imprimis 503A Out of State Sales (Prescriptions Filled) Analysis - New Jersey (NJ) [1] | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2014 | 2014 | 2014 | 2014 | 2014 | 2014 | 2014 | 2014 | 2014 | 2014 | 2014 | |
| Sales - NJ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total 2014 |
| Total | - | - | - | 1,557 | 2,953 | 5,778 | 2,722 | 7,129 | 6,328 | 7,669 | 6,501 | 6,458 | 47,095 |
| NJ | - | - | - | 1,044 | 1,180 | 2,269 | 1,436 | 2,955 | 2,504 | 2,893 | 1,856 | 1,729 | 17,866 |
| Out-of-State | - | - | - | 513 | 1,773 | 3,509 | 1,286 | 4,174 | 3,824 | 4,776 | 4,645 | 4,729 | 29,229 |
| % Out-of-State | 0% | 0% | 0% | 33% | 60% | 61% | 47% | 59% | 60% | 62% | 71% | 73% | 62% |

| | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales - NJ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total 2015 |
| Total | 5,660 | 5,668 | 7,268 | 8,067 | 8,914 | 10,769 | 8,991 | 8,750 | 9,395 | 11,780 | 11,926 | 14,179 | 111,367 |
| NJ | 1,364 | 1,375 | 2,219 | 1,872 | 2,400 | 2,873 | 2,230 | 1,831 | 2,232 | 2,543 | 2,384 | 2,050 | 25,373 |
| Out-of-State | 4,296 | 4,293 | 5,049 | 6,195 | 6,514 | 7,896 | 6,761 | 6,919 | 7,163 | 9,237 | 9,542 | 12,129 | 85,994 |
| % Out-of-State | 76% | 76% | 69% | 77% | 73% | 73% | 75% | 79% | 76% | 78% | 80% | 86% | 77% |

| | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales - NJ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total 2016 |
| Total | 14,383 | 15,906 | 17,359 | 19,930 | 20,336 | 21,611 | 19,305 | 23,237 | 20,839 | 22,479 | 25,126 | 21,731 | 242,242 |
| NJ | 2,125 | 2,125 | 2,510 | 2,429 | 2,157 | 2,373 | 2,220 | 2,515 | 2,417 | 2,119 | 2,765 | 2,410 | 28,165 |
| Out-of-State | 12,258 | 13,781 | 14,849 | 17,501 | 18,179 | 19,238 | 17,085 | 20,722 | 18,422 | 20,360 | 22,361 | 19,321 | 214,077 |
| % Out-of-State | 85% | 87% | 86% | 88% | 89% | 89% | 89% | 89% | 88% | 91% | 89% | 89% | 88% |

| | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | 2017 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales - NJ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total 2017 |
| Total | 20,759 | 18,790 | 16,122 | 12,930 | 10,525 | 10,209 | 10,402 | 9,744 | 9,030 | 10,783 | 14,960 | 12,433 | 156,687 |
| NJ | 2,646 | 1,785 | 2,205 | 1,716 | 893 | 379 | 296 | 268 | 338 | 334 | 409 | 366 | 11,635 |
| Out-of-State | 18,113 | 17,005 | 13,917 | 11,214 | 9,632 | 9,830 | 10,106 | 9,476 | 8,692 | 10,449 | 14,551 | 12,067 | 145,052 |
| % Out-of-State | 87% | 91% | 86% | 87% | 92% | 96% | 97% | 97% | 96% | 97% | 97% | 97% | 93% |

| | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales - NJ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total 2018 |
| Total | 14,104 | 13,226 | 13,736 | 11,224 | 11,167 | - | - | - | - | - | - | - | 63,457 |
| NJ | 318 | 475 | 369 | 330 | 312 | - | - | - | - | - | - | - | 1,804 |
| Out-of-State | 13,786 | 12,751 | 13,367 | 10,894 | 10,855 | - | - | - | - | - | - | - | 61,653 |
| % Out-of-State | 98% | 96% | 97% | 97% | 97% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 97% |

**Note:**
(1) 503A Spreadsheet.xlsx.