# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 17-1551-DOC (JDEx) | Date | May 10, 2019 |
| Title: | Allergan USA, Inc. v Imprimis Pharmaceuticals, Inc. | | |

Present: The Honorable    David O. Carter, U.S. District Judge

| Deborah Lewman | Debbie Gale, CourtSmart, Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Joseph N. Akrotirianakis<br>Marisa C. Maleck<br>Aaron S. Craig | Daniel L. Rasmussen<br>Keith J. Wesley |

\_\_\_\_ Day Court Trial    2nd    Day Jury Trial

\_\_\_\_ One day trial:    \_\_\_\_ Begun (1st day);    **X** Held & Continued;    \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

**X** Opening statements made by    Plaintiff and Defendant

**X** Witnesses called, sworn and testified.    **X** Exhibits Identified    **X** Exhibits admitted.

\_\_\_\_ Plaintiff(s) rest.    \_\_\_\_ Defendant(s) rest.

\_\_\_\_ Closing arguments made by    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).    \_\_\_\_ Court instructs jury.

\_\_\_\_ Bailiff(s) sworn.    \_\_\_\_ Jury retires to deliberate.    \_\_\_\_ Jury resumes deliberations.

\_\_\_\_ Jury Verdict in favor of    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s) is read and filed.

\_\_\_\_ Jury polled.    \_\_\_\_ Polling waived.

\_\_\_\_ Filed Witness & Exhibit Lists    \_\_\_\_ Filed jury notes.    \_\_\_\_ Filed jury instructions.

\_\_\_\_ Judgment by Court for _____    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).

\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).

\_\_\_\_ Case submitted.    Briefs to be filed by _____

\_\_\_\_ Motion to dismiss by _____    is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.

\_\_\_\_ Motion for mistrial by _____    is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict by _____    is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.

\_\_\_\_ Settlement reached and placed on the record.

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

**X** Case continued to    May 14, 2019 at 7:30 a.m.    for further trial/further jury deliberation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

|  |  |  |
|---|---|---|
| __X__ Other: | Counsel to return on Saturday, May 11, 2019 at 10:00 a.m. to review jury instructions.   Donald Bunnin, Associate Vice President and Senior Counsel for Allergan and Mark Baum, CEO of Imprimis are ordered into Court on Monday, May 14, 2019 at 12:00 p.m. | |

                                                                8      :      13

                                    Initials of Deputy Clerk    djl