1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1600
4  Los Angeles, CA 90071
   Telephone:  (213) 443-4355
5  Facsimile:   (213) 443-4310

6  JEFFREY S. BUCHOLTZ (pro hac vice)
    *jbucholtz@kslaw.com*
7  MARISA MALECK (pro hac vice)
    *mmaleck@kslaw.com*
8  KING & SPALDING LLP
   1700 Pennsylvania Avenue NW
9  Washington, DC 20006
   Telephone:  (202) 737-0500
10 Facsimile:   (202) 626-3737

11 Attorneys for Plaintiff
   ALLERGAN USA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN USA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>IMPRIMIS PHARMACEUTICALS, INC.,<br><br>    Defendant. | Case No. 8:17-cv-01551-DOC-JDE<br>*The Honorable David O. Carter*<br><br>**EX PARTE APPLICATION RE:  USE OF LOADING DOCK**<br><br>Complaint Filed: September 7, 2017<br>Pre-Trial Conference: May 8, 2019<br>Trial Date: May 9, 2019 |

PLAINTIFF ALLERGAN USA, INC.'S EX PARTE APPLICATION RE: USE OF TECHNOLOGY AT TRIAL

**TO THE COURT AND DEFENDANT AND ITS ATTORNEYS:**

Plaintiff Allergan, USA, Inc. respectfully submits this application for an order granting Express Networks access to the loading dock for purpose of delivering boxes/materials needed to the Honorable Judge David O. Carter's Courtroom 9D for trial on May 14, 2019. The person delivering the materials will be Christian Barrera, CA Driver's License Number: F1120146 of Nationwide Legal Services in a dark green 2004 Ford Explorer license plate 8R40222. Mr. Barrera hereby requests access to the loading dock to deliver the following materials: approximately 30-35 of boxes containing trial exhibit binders, deposition transcripts, trial folders, and miscellaneous trial supplies, to Courtroom 9D on May 14, 2019, at 7 a.m. or as soon thereafter as possible.

Dated: May 13, 2019         KING & SPALDING LLP

By: */s/ Joseph N. Akrotirianakis*
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG
    Attorneys for Plaintiff
    ALLERGAN USA, INC