1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> IMPRIMIS PHARMACEUTICALS, INC., <br><br> Defendant. | Case No. 8:17-cv-01551-DOC-JDE <br> *The Honorable David O. Carter* <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF ALLERGAN USA, INC.'S EX PARTE APPLICATION RE: USE OF LOADING DOCK** <br><br> Complaint Filed: September 7, 2017 <br> Pre-Trial Conference: May 8, 2019 <br> Trial Date: May 9, 2019 |

Plaintiff Allergan USA, Inc. ("Allergan") has filed an Ex Parte Application re: Use of Technology at Trial. Allergan will need access to the loading dock for the purpose of delivering boxes/materials needed to the Honorable Judge David O. Carter's Courtroom 9D for Trial. The person delivering the materials will be Christian Barrera, CA Driver's License Number: F1120146 of Nationwide Legal Services in a dark green 2004 Ford Explorer license plate 8R40222. Mr. Barrera hereby requests access to the loading dock to deliver the following materials: approximately 30-35 boxes containing trial exhibit binders, deposition transcripts, trial folders, and miscellaneous trial supplies.

Having considered Allergan's application, it is hereby ORDERED that the individual referenced above may deliver the above-referenced materials to Courtroom 9D on May 14, 2019, at 7 a.m. or as soon thereafter as possible.

**IT IS SO ORDERED.**

DATED: May 13, 2019

*David O. Carter*
THE HONORABLE DAVID O. CARTER
U.S. DISTRICT COURT JUDGE

cc Victor.Lizardi@centerragroup.net
Guard Station

---

1
ORDER GRANTING PLAINTIFF ALLERGAN USA, INC.'S EX PARTE APPLICATION RE: USE OF THE LOADING DOCK