UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SA CV 17-1551-DOC (JDEx) |
| Title: | Allergan USA, Inc. v Imprimis Pharmaceuticals, Inc. |
| Date | May 15, 2019 |

Present: The Honorable  David O. Carter, U.S. District Judge

| Deborah Lewman | Debbie Gale, Deborah Parker, Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Joseph N. Akrotirianakis<br>Marisa C. Maleck<br>Aaron S. Craig | Daniel L. Rasmussen<br>Keith J. Wesley |

\_\_\_\_ Day Court Trial    4th Day Jury Trial

\_\_\_\_ One day trial:    \_\_\_\_ Begun (1st day);    X Held & Continued;    \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by
X Witnesses called, sworn and testified.    X Exhibits Identified    X Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.    X Defendant(s) rest.
X Closing arguments made by    X plaintiff(s)    X defendant(s).    X Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.    \_\_\_\_ Jury retires to deliberate.    \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.    \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists    \_\_\_\_ Filed jury notes.    \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.    Briefs to be filed by
\_\_\_\_ Motion to dismiss by _____ is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by _____ is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.
\_\_\_\_ Defendant's Rule 50 Motion for Judgment    is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to    May 16, 2019 at 7:30 a.m.    for jury deliberation.
\_\_\_\_ Other:

6 : 00

Initials of Deputy Clerk    djl