JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN USA, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>IMPRIMIS PHARMACEUTICALS, INC.,<br><br>    Defendant. | Case No. 8:17-cv-01551-DOC-JDE<br><br>The Honorable David O. Carter<br><br>**JUDGMENT** |

1 | Pursuant to the jury's verdict, Dkt. No. 228, judgment is hereby entered in
2 | favor of plaintiff Allergan USA, Inc. and against defendant Imprimis
3 | Pharmaceuticals, Inc. in the amount of $48,500.

Dated: May 28, 2019

*David O. Carter*
Honorable David O. Carter
Judge United States District Court