JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

JEFFREY S. BUCHOLTZ (pro hac vice)
*jbucholtz@kslaw.com*
MARISA MALECK (pro hac vice)
*mmaleck@kslaw.com*
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Attorneys for Plaintiff
ALLERGAN USA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ALLERGAN USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> IMPRIMIS PHARMACEUTICALS, INC., <br><br> Defendant. | Case No. 8:17-cv-01551-DOC-JDE <br><br> **NOTICE OF LODGING OF [PROPOSED] ORDER ENTERING PERMANENT INJUNCTION** <br><br> Complaint Filed: September 7, 2017 |

TO THE COURT AND DEFENDANT AND ITS ATTORNEYS:

PLEASE TAKE NOTICE THAT, pursuant to the Court's July 11, 2019 order (Dkt. No. 260), Plaintiff Allergan USA, Inc. hereby lodges with the Court its proposed order entering permanent injunction.

Dated: July 17, 2019                    KING & SPALDING LLP

By: */s/ Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG
Attorneys for Plaintiff
ALLERGAN USA, INC.